1  Jennifer A. Miller, Esq. (CA Bar No. 320823)
   jamiller@beneschlaw.com
2  **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
   One Montgomery Tower, Suite 2700
3  San Francisco, CA 94104
   Tel:     (628) 600-2241
4
5  *Attorney for Petitioners Flextronics Manufacturing Juarez, S. de R.L. de C.V. d/b/a Flextronics de Mexico, Flex, Ltd., d/b/a Flextronics de Mexico, Flextronics International Europe B.V., and Flextronics Industrial, Ltd.*
6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FLEXTRONICS MANUFACTURING JUAREZ, S. DE R.L. DE C.V. *d/b/a* "FLEXTRONICS DE MEXICO," FLEX, LTD. *d/b/a* "FLEXTRONICS DE MEXICO," FLEXTRONICS INTERNATIONAL EUROPE B.V., AND FLEXTRONICS INDUSTRIAL, LTD, <br><br> Applicants, <br><br> v. <br><br> UBE, INC. *d/b/a* PLUM, INC., <br><br> Respondent. | Case No. _____ <br><br> **APPLICANTS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Applicant Flex, Ltd. is the parent company of Applicants Flex Industrial, Ltd., Flextronics Manufacturing Juarez, S. de R.L. de C.V., and Flextronics International Europe B.V. No publicly held corporation directly owns 10% or more of Flex, Ltd.'s stock.

| | |
|---|---|
| Dated:  December 20, 2019 | Respectfully submitted,<br><br>**BENESCH, FRIEDLANDER,<br>   COPLAN & ARONOFF LLP**<br><br><u>/s/ Jennifer A. Miller</u><br>Jennifer A. Miller, Esq. (CA Bar No. 320823)<br>jamiller@beneschlaw.com<br>One Montgomery Tower, Suite 2700<br>San Francisco, California  94104<br>Tel:     (628) 600-2241<br>Fax:    (312) 767-9192<br><br>*Attorneys for Applicants* |